**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Terry MONTGOMERY, Defendant–
Appellant.**

No. 05–41546.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Oct. 25, 2006.

James O. Jenkins, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Texas, Beaumont, TX, for Plaintiff–Appellee.

Frank Warren Henderson, Amy R. Blalock, Assistant Federal Public Defenders, Federal Public Defender's Office, Eastern District of Texas, Tyler, TX, for Defendant–Appellant.

Before JOLLY, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Terry Montgomery has moved for leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Montgomery has not responded to counsel's motion.

Our independent review of the brief filed by counsel and of the record discloses no nonfrivolous issue for appeal. Counsel's

motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.